MABEL S. CLARK v. BELLEAIRE HOTEL CORPORATION. CHARLES T. CLARK v. BELLEAIRE HOTEL CORPORATION.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of ABRAHAM LIROFF v. PAUL PHILLIPS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK O. BROWN and Others v. WADE H. ARMSTRONG.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

C. W. WILLIAMS FUEL COMPANY v. PETER WATTERS.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands, etc., Required for the Purpose of Opening, Widening and Extending Elm Street, from City Hall Place, near Chambers Street to Great Jones Street, Opposite Lafayette Place, in the 6th, 14th and 15th Wards of the City of New York.—Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BROWN-BRAND REALTY COMPANY, INC., v. SAKS & COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BROWN-BRAND REALTY COMPANY, INC., v. SAKS & COMPANY.— Motion granted as indicated in order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of ELSIE H. DE FESTETICS, as Administratrix, etc., of GYULA DE FESTETICS, Deceased.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of ELSIE H. DE FESTETICS, as Administratrix, etc., of GYULA DE FESTETICS, Deceased.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERBERT SMALL, Suing, etc., v. FRANCIS DEC. SULLIVAN and Others.— Motions granted. Settle orders on notice. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

NOWY SWIAT PUBLISHING CO., INC., v. SOPHIE MISIEWICZ and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

JOAQUINA HERNANDEZ v. STADIUM PURCHASING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MIGUEL HERNANDEZ v. STADIUM PURCHASING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MONTROSE STUART, as Administrator of the Estate of MABEL ZUCCHI NEGRI and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD RHEINHARDT v. OVERSEAS SHIPPING COMPANY, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.